**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 15, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00471-CV**

---

**IN RE RUTH SHAMMAS, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-72474**

---

## MEMORANDUM OPINION

On June 27, 2024, relator Ruth Shammas filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Michael Gomez, presiding judge of the 129th District Court of Harris County, to vacate the trial court's April 23, 2024 order granting defendant's motion to set aside default judgment and for new trial.

On June 19, 2024, relator sent a "Notice to the Court" requesting we hold consideration of this original proceeding until her counsel has the opportunity to supplement her petition with certified copies of the trial court's reporter's record and clerk's record. The notice did not provide a time frame for supplementation. To date, relator has not supplemented her petition

As the party seeking relief, relator has the burden of providing this Court with a sufficient mandamus record to establish the relator's right to relief. *In re French*, No. 14-24-00287-CV, 2024 WL 2931075, at *1 (Tex. App.—Houston [14th Dist.] June 11, 2024, orig. proceeding) (mem. op.) (per curiam) (citing *In re Watt*, No. 05-19-00977-CV, 2019 WL 4233380, at *2 (Tex. App.—Dallas Sept. 16, 2019, orig. proceeding) (mem. op.)). Because relator has not met her burden and her petition does not comply the Texas Rules of Appellate Procedure, we dismiss without prejudice relator's petition for writ of mandamus. *See* Tex. R. App. P. 52.3(j), (k)(1)(A); *see also* 52.7(a)(1)-(2).


PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.